# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO.   2020 KW 0111

VERSUS

DAVEDE LEWIS

**MAY 1 2 2020**

---

In Re:   Davede Lewis, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 604332

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**  Relator failed to include the transcript of the sentencing and guilty plea proceedings. Supplementation of this writ application and/or an application for rehearing will not be considered.  See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.  In the event relator elects to file a new application with this court, the application must be filed on or before August 12, 2020.  Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT